v.

**DIRECTOR OF REVENUE, Respondent.**

**No. ED 102904**

Missouri Court of Appeals,
Eastern District,
***DIVISION TWO.***

Filed: March 29, 2016

Rehearing Denied June 8, 2016

Chastidy R. Dillon–Amelung, 8000 Maryland Ave, Suite 440, Clayton, MO 63105, John F. Newsham (Co–Counsel), 9939 Gravois Rd, St. Louis, MO 63123, for appellant.

Rachel M. Jones, P.O Box 475, 301 W. High Street, Jefferson City, MO 65105, for respondent.

Before Philip M. Hess, P.J., Gary M. Gaertner, Jr., J. and Angela T. Quigless, J.

## ***ORDER***

PER CURIAM.

M.J.C.[1] appeals from the judgment of

we granted said motion.

the trial court sustaining the suspension of his driving privileges. We have reviewed the briefs of the parties, the record on appeal, and parties' oral argument. We find the trial court did not err in sustaining the suspension of M.J.C.'s driving privileges. An extended opinion would have no jurisprudential purpose. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Mo. R. Civ. P. 84.16(b) (2015).